FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

2019 MAR 27  PM 2: 25

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **I N D I C T M E N T** |
| | ) |
| Plaintiff, | ) **4 : 19  CR  193** |
| | ) |
| v. | ) CASE NO._____ |
| | ) Title 18, United States Code, |
| JOSEPH J. ROSYNEK, | ) Sections 2251(a), 2252(a)(2), and |
| | ) 2252A(a)(5)(B) |
| Defendant. | ) |

**COUNT 1**
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

JUDGE GWIN

The Grand Jury charges:

1.      From on or about January 3, 2018 through on or about January 4, 2018, in the

Northern District of Ohio, Eastern Division, Defendant JOSEPH J. ROSYNEK did use,

persuade, induce, entice and coerce a minor (to wit: Minor Victim #1, whose identity is known to

the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States

Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such

visual depiction was produced or transmitted using materials that had been mailed, shipped, and

transported in or affecting interstate or foreign commerce by any means, including by computer,

in violation of Title 18, United States Code, Section 2251(a).

**COUNT 2**
(Receipt and Distribution of Visual Depictions of Real Minors Engaged In Sexually Explicit
Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

2.      From on or about November 15, 2017 through on or about March 11, 2018, in the

Northern District of Ohio, Eastern Division, and elsewhere, Defendant JOSEPH J. ROSYNEK

did knowingly receive and distribute, using any means and facility of interstate and foreign

commerce, numerous computer files, which files contained visual depictions of real minors

engaged in sexually explicit conduct, and which files had been shipped and transported in and

affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section

2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 3
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

3.       On or about March 19, 2018, in the Northern District of Ohio, Eastern Division,

Defendant JOSEPH J. ROSYNEK did knowingly possess a cellular phone that contained child

pornography as defined in Title 18, United States Code, Section 2256(8), which child

pornography had been shipped and transported in interstate and foreign commerce by any means,

including by computer, and which was produced using materials which had been shipped and

transported in interstate and foreign commerce by any means, including by computer, and at least

one image involved in the offense involved a prepubescent minor or a minor who had not

attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.